**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA  17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

February 4, 2009

Clerk, U.S. Bankruptcy Court

RE: Victor B. & Suzanne Stezin
    Bankruptcy Case No.  1-04-00240
    Unclaimed Funds For:  Wells Fargo Bank
                          4143 121st Street
                          Urbandale IA 50323

Dear Clerk:

Enclosed herewith please find check No.733670 for $775.73 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager